**Jaemyong CHANG, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–73823.

Agency No. A36–355–722.

United States Court of Appeals, Ninth Circuit.

Submitted March 5, 2004.*

Decided March 11, 2003.

David N. Shomloo, Portland, OR, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, Donald E. Keener, Timothy P. McIlmail, Greg D. Mack, DOJ–U.S. Department Of Justice, Washington, DC, for Respondent.

Before McKEOWN, FISHER, Circuit Judges, and GONZALEZ,** District Judge.

MEMORANDUM***

We lack jurisdiction to hear this appeal because Chang's argument claiming that his conviction was set aside was not presented to the Board of Immigration Appeals and is pursued for the first time on appeal. *Singh–Bhathal v. INS,* 170 F.3d 943, 947 (9th Cir.1999).

**PETITION DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** Honorable Irma E. Gonzalez, United States District Judge for Southern California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.